The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and LE LABO HOLDING LLC, a Delaware limited liability company,

Plaintiffs,

v.

CARLOS STEVE VILLACIS PICO, an individual; GLOBAL DIAZ LLC, a Delaware limited liability company, d/b/a BASGAX; JOSHUA DOMINGUEZ, an individual; and DOES 1-10,

Defendants.

No. 2:25-cv-02577-TL

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST TO STRIKE DEADLINES**

THIS MATTER came before the Court on the Plaintiffs' Motion to Strike Deadlines (Dkt. 16), and the Court having considered the Motion, and finding good cause therefore, the Court ORDERS:

A. Plaintiffs' Motion to Strike the Fed. R. Civ. P. 26 Deadlines is **GRANTED**;

B. All Fed. R. Civ. P. 26 deadlines set in this case (Dkt. 13) are hereby terminated; and



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

C. If any Defendant later appears in this action, the Court shall reset the Fed. R. Civ. P. 26 deadlines accordingly.

SO ORDERED this 22nd day of October, 2026.

THE HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com